UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br>　　　　Plaintiff,<br>　　v.<br>LAURIE MARINO, et al.,<br>　　　　Defendants. | Case No. 19-cv-00015-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 19 |

Good cause being shown, Defendants' request for an extension of time to file their dispositive motion is GRANTED. Dkt. No. 19. Defendants shall file their dispositive motion on or before October 7, 2019. Plaintiff's opposition shall be filed and served on or before November 4, 2019. Defendants may file and serve a reply brief fourteen days after service of Plaintiff's opposition.

This order terminates Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: 8/6/2019

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge