UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>   Plaintiff,<br><br>   v.<br><br>LAURIE MARINO, et al.,<br><br>   Defendants. | Case No. 19-cv-00015-HSG<br><br>**ORDER STAYING ALL DEADLINES; REQUIRING JOINT STIPULATION OF DISMISSAL** |

Having been informed that the parties have settled this matter, the Court orders as follows. All pending deadlines are stayed. The parties are ordered to file a joint stipulation of dismissal by **April 30, 2021**.

**IT IS SO ORDERED.**

Dated: 3/31/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge