UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>Plaintiff,<br><br>v.<br><br>LAURIE MARINO, et al.,<br><br>Defendants. | Case No. 19-cv-00015-HSG<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 45 |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at Clark County Detention Center, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. The Court referred this the matter for settlement proceedings before Magistrate Judge Robert Illman. Dkt. No. 31. On March 25, 2021, Judge Illman reported that the matter had settled. Dkt. No. 43. On April 27, 2021, the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice (Fed. R. Civ. P. 41(a)(1)(A)(ii))" signed by both Plaintiff and counsel for Defendants. Dkt. No. 45. Accordingly, having been notified of the settlement, IT IS HEREBY ORDERED THAT this entire action, and all Defendants, are DISMISSED WITH PREJUDICE.

The Clerk shall send a copy of this order to Judge Illman.

This order terminates Dkt. No. 45.

**IT IS SO ORDERED.**

Dated: April 30, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge