UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAURIE MARINO, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00015-HSG<br><br>**ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT**<br><br>Re: Dkt. No. 53 |

Plaintiff's request for a status update regarding the settlement payment is GRANTED. Dkt. No. 53. Within fourteen (14) days of the date of this order, Defendants shall file with the Court and serve on Plaintiff a statute update regarding the settlement payment.

This order terminates Dkt. No. 53.

**IT IS SO ORDERED.**

Dated: 1/7/2022

　　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge